Cases Disposed of Without Consideration by the Court. 260 U. S.

No. 289. ELBERT R. ROBINSON v. PEOPLE OF THE STATE OF ILLINOIS. Error to the Supreme Court of the State of Illinois. November 27, 1922. Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. Andrew Jackson* for plaintiff in error. No appearance for defendant in error.

No. 378. UNITED STATES EX REL. WESTERN UNION TELEGRAPH COMPANY v. INTERSTATE COMMERCE COMMISSION. Error to the Court of Appeals of the District of Columbia. November 27, 1922. Dismissed, per stipulation. *Mr. Rush Taggart, Mr. Paul E. Lesh, Mr. Walker D. Hines* and *Mr. Francis R. Stark* for plaintiff in error. *Mr. Charles W. Needham* and *Mr. P. J. Farrell* for defendant in error. .

No. 72. I. W. GEER ET AL. v. UNITED STATES. On a certificate from the Circuit Court of Appeals for the Third Circuit. December 11,· 1922. Certificate dismissed, on motion of *Mr. Solicitor General Beck* for the United States. *Mr. W. S. Dalzell* for Geer et al.

No. 54. WEST SIDE IRRIGATING COMPANY v. UNITED STATES. Appeal from the Circuit Court of Appeals for the Ninth Circuit. January 2, 1923. Dismissed, per stipulation. *Mr. John P. Hartman* and *Mr. Carroll P. Graves* for appellant. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Riter* and *Mr. W. W. Dyar* for the United States.

No. 775. UNITED STATES v. MARK BOASBERG, ALIAS " JACK SHEEHAN." Error to the District Court of the United States for the Eastern District of Louisiana. January 2, 1923. Docketed and dismissed, on motion of counsel for defendant in error. *The Attorney General* for the United States. *Mr. H. Garland Dupre* and *Mr. D. B. H. Chaffe* for defendant in error.